**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

Michael Kontur,             Case No. 3:13CV1478

       Plaintiff

       v.             **ORDER**

Carolyn Colvin,
  Acting Commissioner of Social Security,

       Defendant

      This is a Social Security case in which the Commissioner denied plaintiff Michael Kontur's application for disability insurance benefits.

      Pending is the Magistrate Judge's Report and Recommendation (R&R), which concluded that the administrative law judge (ALJ): 1) misapplied the treating-physician rule; and 2) must reassess plaintiff's credibility on remand. (Doc. 16).

      The Commissioner responded to the R&R, stating she will not be filing an objection.

      Having reviewed the R&R, I concur with the Magistrate Judge's determination that the ALJ gave inadequate reasons for disregarding the opinion of plaintiff's treating physician. I also agree the ALJ should reconsider whether plaintiff's testimony about his debilitating pain was credible.

      It is, therefore, ORDERED THAT:

      1.      The Magistrate Judge's R&R (Doc. 16) be, and the same hereby is adopted as the order of this Court; and

2.	This case is remanded to the Social Security Administration for further proceedings consistent with this order.

So ordered.

/s/ James G. Carr
Sr. U.S. District Judge