IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Michael Kontur | ) | Civil Action No.: 3:13CV1478 |
| Plaintiff, | ) | Judge James G. Carr |
| | ) | |
| Commissioner of Social Security | ) | |
| Defendant. | ) | JUDGEMENT ENTRY |

This Court previously issued an Order setting the hourly rate, and granting in part and reducing in part plaintiff's application for attorney's fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d). (Doc 24). In compliance with that Order, Plaintiff's counsel submits a revised statement for her fee award which includes the time expended on the EAJA litigation. A summary of the adjustments and the EAJA litigation hours and rates are attached.

It is, accordingly,

ORDERED THAT:

Plaintiff's motion for attorney fees under the EAJA is granted as revised as provided herein, and are awarded to plaintiff's counsel under the assignment of plaintiff, in the total amount of $8,058.09.

s/James G. Carr
———————————————
Sr. U.S. District Judge

Attachment to Proposed Order

REVISED FEE AWARD STATEMENT                KONTUR, MICHAEL
                                           13-cv-01478

SUPPLEMENTAL REQUEST FOR EAJA LITIGATION TIME

| Date | Activity | Time |
|---|---|---|
| 10/16/2014 | Draft and edit motion for leave to reply and reply. | 3.0 |
| 10/15/2014 | Research; obtain, review prevailing rage data, surveys affidavit. | 1.25 |
| 10/13/2014 | Review Defendant Response to EAJA motion; check local rules; docket | .25 |

Total supplemental, 4.5 hrs.  @ 2014 prevailing rate $189.75         $853.88

***

2014 hours previously approved by Order       6.35@ $189.75      $1,204.91

***

2013 Hours requested                          40.45               $7,564.15
2013 Hours reduced to 31.65 by Order          -6.5 @ $187.00/hr   - 1,215.50
2013 Hours admin time reduced to paralegal rate  -2.55@$187.00/hr. -  476.85
    Revised 2013 prevailing rate hours                             5,871.80
    + 2.55 hrs. at paralegal rate of $50/hr.                      + 127.50
        2013 Revised EAJA fee                                     $5,999.30
        (detail attached)

**Total 2013 revised hours,**
 **2014 hours approved and supplemental request**              **$8,058.09**

                                           Submitted by
                                           /s/ Barbara A. Lavender
                                           Attorney for Plaintiff

Page -2-

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2015, a copy of the foregoing Proposed Judgment Entry was filed electronically. Notice of the filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Barbara A. Lavender
Attorney for Plaintiff

Case: 3:13-cv-01478-JGC Doc #: 20 Filed: 09/12/14 5 of 8. PageID #: 727

| EAJA EXHIBIT A | TIME ENTRIES | KONTUR, MICHAEL 3:13-CV-01478 |
|---|---|---|
| Date | Activity | Time |
| 9/12/2014 | Integrate EAJA application prep time; Proofread, cite-check EAJA application; docket. | .55 |
| 9/8/2014 | Research 6th Cir. Cases on EAJA; prepare EAJA application, attachments. | 2.6 |
| 9/5/2014 | Prepare time entries, research BLS website for Consumer Price Index; calculate Cost-of-living increased for EAJA base; docket and make history entries. | 1.5 |
| 9/3/2014 | Retrieve Court Order remanding case, Judgement entry; docket. | .2 |
| 8/25/2014 | Phone conference with client; explain procedures, timeline; discuss EAJA fee, assignment. | .5 |
| 8/22/2014 | Retrieve and review Government response; prepare assignment. | 0.4 |
| 8/8/2014 | Retrieve and Review Magistrate Report and Recommendation; docket; phone call to client. | .5 |
| 5/7/2014 | Phone call from client for status; explain estimated time frame. | .1 |
| ~~12/4/2013~~ | ~~Phone call from client for status; explain estimated time frame.~~ | ~~.1~~ ← .1 admin time at paralegal rate of $50/hr. |
| 11/20/2013 | Reply to Defendant's Brief filed on ECF. | .2 |
| 11/19/2013 | Draft Reply; research; complete drafting Reply; final proofing, cite-check, editing of Reply. | 4.5 |
| 11/18/2013 | Retrieve and review Brief on Merits filed by Defendant. | .75 |
| 10/16/2013 | Final editing of Plaintiff's Brief; e-file brief; docket and make history entries. | 1.75 |
| 10/15/2013 | Complete, edit Plaintiff's brief; check citations. | 3.75 |
| 10/14/2013 | Research, continue drafting Plaintiff's brief. | 2.25 ← 2.25 of 6.5 hrs reduced by Judge Carr's 1-26-15 Order |
| 10/11/2013 | Research caselaw, regs, rulings, continue drafting plaintiff's brief. | 5.2 |

| Date | Description | Hours | Note |
|---|---|---|---|
| 10/10/2013 | Draft Statement of Facts; identify issues, continue drafting. | | 4.25 of 6.5 hrs reduced by Judge Carr's 1-26-15 Order |
| 10/8/2013 | Outline issues, argument of Plaintiff's Brief. | 4.25 | |
| 10/7/2013 | Review. ALJ decision, identify weight given to medical opinions; research case law, formulate tentative argument. | 1.4 | |
| 10/4/2013 | Annotate Court transcript. | 7.25 | |
| 9/18/2013 | Retrieve and review Answer, Transcript filed; download to pdf file. | .5 | |
| 9/6/2013 | Receive and review via mail copies of Proof of Service/receipt. | 0.3 | |
| 9/5/2013 | Retrieve Service email from EFC. | 0.1 | |
| 8/1/2013 | 3:13-cv-01478-JGC Civil Docket for FDC Case; phone call to US Attorney office with client SSN. | 0.2 | |
| 7/18/2013 | Retrieve Summons issued, Order from Court. | 0.25 | |
| 7/9/2013 | Phone call to Treasury Dept to confirm no Federal Debt; Prepare and file Complaint, IFP motion, Cover Sheet, Summons Online | 1.7 | |
| 7/5/2013 | Conference with client to prepare IFP form, prepare Treasury Dept Form FMS-13, fax to Treasury Dept. | 1.2 | |
| 7/2/2014 | Phone conference with client to discuss filing complaint, IFP, answer questions about process, procedures, Federal debt. | .3 | .3 admin time at paralegal rate of $50/hr |
| 6/20/2013 | Prepare, send fax to District Office with change of client address. | .2 | .2 admin time at paralegal rate of $50/hr. |
| 5/24/2013 | Receive and review Appeals Council denial of Request for Review. Review for merits of filing complaint.. | 1.8 | |

TOTAL HOURS (math error) 7,564.15    46.8

TOTAL HOURS 2013: 40.45   RATE: $187.00   Subtotal $7,775.39

TOTAL HOURS 2014: 6.35    RATE $189.75   Subtotal $1,187.75

TOTAL $8,862.39